**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Alberto VASQUEZ–HERNANDEZ, Defendant–Appellant.**

No. 03–41093

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Roland E. Dahlin, II, Federal Public Defender, Cesar A. Amador, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Carlos Alberto Vasquez–Hernandez (Vasquez) appeals his guilty plea conviction for illegal reentry into the United States following deportation and after having been convicted of an aggravated felony in violation of 8 U.S.C. § 1326. For the first time on appeal, Vasquez argues that the sentencing provisions of 8 U.S.C. § 1326(b)(1) & (2) are unconstitutional in the light of *Apprendi v. New Jersey*, 530

U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Vasquez acknowledges that his argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he seeks to preserve the issue for Supreme Court review. *Apprendi* did not overrule *Almendarez–Torres*. *See Apprendi*, 530 U.S. at 489–90. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.